In re INTERCARRIER COMMUNICATIONS LLC, Appellant.

No. 2014–1680.

United States Court of Appeals, Federal Circuit.

April 14, 2015.

Robert Greenspoon, Flachsbart & Greenspoon, LLC, Chicago, IL, argued for appellant.

Michael Sumner Forman, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Scott Weidenfeller, Nathan K. Kelley, Monica Barnes Lateef.

DYK, O'MALLEY, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**